Matthew E. Aaron, Esq
Nevada Bar No. 004900
AARON & PATERNOSTER, LTD
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
Ph: (702) 384-4111
Fx: (702) 384-8222
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX VILDOSOLA amd HELEN VILDOSOLA,<br><br>Debtor. | Chapter 13 Proceedings<br>Case No. 09-19480-LBR<br><br>Date: February 18, 2010<br>Time: 2:30 p.m. |

**DEBTORS' MOTION FOR COURT'S APPROVAL
ON MODIFICATION OF FIRST DEED OF TRUST**

COMES NOW, the Debtors, MAX VILDOSOLA and HELEN VILDOSOLA, by and through their attorneys, AARON & PATERNOSTER, LTD., and respectfully request this Court to allow Debtors to modify the first deed of trust on their real property located at 934 Lloyd George Drive, Henderson, NV 89052. This loan modification agreement (attached hereto as Exhibit A) is at a lower interest rate, and there will be no excess funds to be disbursed. More importantly, there is no cost to Debtors to modify this loan and all past due payments will be included in the new mortgage.

This Motion is made and based upon the pleadings and papers on file herein along with the Statement of Facts, the Affidavit of Attorney of Debtor in support of this Motion, and the argument of counsel at time of hearing.

DATED this 6th day of January 2010.

                AARON & PATERNOSTER, LTD.

                BY: /S/ Matthew Aaron
                MATTHEW E. AARON, ESQ.
                Attorney for Debtors

## STATEMENT OF FACTS

MAX VILDOSOLA and HELEN VILDOSOLA, Debtors, by and through their attorneys, AARON & PATERNOSTER, LTD., pray the Court grant them permission to modify the first mortgage currently due and payable on the property located at 934 Lloyd George Drive, Henderson, NV 89052. Debtors have the opportunity to obtain a principal balance reduction on the mortgage. The new loan would be at 5.25% interest rate, fixed for 48 months beginning September 1, 2009 with an approximate payment of $724.08, at which time the interest rate will change to 5.375% for the remaining term of the loan and the payment will be $735.35. The new loan modification will bring this loan current.

Debtors are requesting the Court's permission to enter into this Loan Modification (attached hereto as Exhibit A) Agreement since this payment is affordable in their budget.

THEREFORE, it is respectfully requested that the Motion for Court's Approval on Modification of First Trust Deed be so ordered.

Respectfully submitted,

AARON & PATERNOSTER, LTD.


By: /s/ Matthew E. Aaron
    Matthew E. Aaron, Esq
    Attorney for Debtor

**AFFIDAVIT OF ATTORNEY IN SUPPORT OF DEBTOR'S MOTION FOR COURT APPROVAL OF MODIFICATION OF FIRST DEED OF TRUST**

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

MATTHEW AARON, ESQ., being duly sworn on oath, depose and say: That I am the attorney for the Debtor in the above-referenced matter, and I make this Affidavit in support of Debtors' Motion for Court's Approval of Modification of First Deed of Trust;

1. That Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code on June 4, 2009, under Case No. BK-S 09-19480-LBR.

2. That the new loan would be at a fixed interest rate of approximately 5.25% for 48 months with a payment of $724.08, then rising to 5.375% with a payment of $735.35.

4. That there are not going to be any additional funds from this modification.

5. That Debtors will be making these payments outside of the Plan and will also maintain their Chapter 13 Plan payments.

_____
MATTHEW E. AARON

SUBSCRIBED and SWORN to before me this 6th day of January, 2010.

_____
NOTARY PUBLIC
In and for said County and State



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CHRISTINA CRIS
Appt. No. 93-4493-1
My Appt. Expires Sept. 15, 2013





**EXHIBIT "A"**



**Bank of America**
Home Loans

Attn: Home Retention Division
BAC Home Loans Servicing, LP
100 Beecham Drive Suite 104
Pittsburgh, PA 15205

**Notice Date:** July 14, 2009

**Account No.:** 29390662

HELEN R VILDOSOLA
MAX VILDOSOLA
8070 Pavarotti Ave
Las Vegas, NV 89178

**Property Address:**
934 LLOYD GEORGE DRIVE
HENDERSON, NV 89052

### IMPORTANT MESSAGE ABOUT YOUR LOAN

We are pleased to advise you that your loan modification has been approved. In order for the modification to be valid, the enclosed documents need to be signed and returned.

The following amounts will be added to your current principal balance, resulting in a modified principal balance of $145,143.23 prior to your first payment date. The amount added to your loan is:

| | |
|---|---|
| Interest : | $6,780.12 |
| Fees: | $2,517.73 |
| Escrow: | $5,417.74 |
| Total: | $14,715.59 |

Your new modified monthly payment will be $979.86, effective with your September 1, 2009 payment. This payment is subject to change if your escrow account is reanalyzed due to new annual premiums. Your current interest rate is 5.250%. Your new reduced rate of 5.250% will be effective as of the September 1, 2009 payment. As of September 1, 2014 your interest rate will be 5.375% for the remaining term of your loan. Your new maturity date is August 1, 2049, which may have changed from your current maturity date as a result of the modification terms. This agreement will bring the loan current; however, you are still required to pay back the entire unpaid principal by the maturity date for your loan.

A breakdown of the scheduled interest rate changes is as follows:

| Statement Due Date | Interest Rate | Principal & Interest |
|---|---|---|
| September 1, 2009 | 5.250% | $724.08 |
| September 1, 2014 | 5.375% | $735.35 |

A breakdown of your payment is as follows:
| | |
|---|---|
| P&I Payment: | $724.08 |
| Escrow: | $255.78 |
| Total Payment: | $979.86 |

BAC Home Loans Servicing, LP is a subsidiary of Bank of America, N.A.



The HOPE Team
CHL Loan #: 29390662

WDGCSCOV LMS 8120 July 14, 2009

# CERTIFICATE OF SERVICE

1. On January 6, 2010, I served the following document(s)

<u>NOTICE OF HEARING ON DEBTORS' MOTION FOR COURT'S APPROVAL ON MODIFICATION OF FIRST DEED OF TRUST; DEBTOR'S MOTION FOR COURT'S APPROVAL ON MODIFICATION OF FIRST DEED OF TRUST</u>

2. I served the above-named document(s) by the following means to the persons as listed below:

    X    a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary.)

    Trustee Rick Yarnall: ecfmail@LasVegas13.com

    X    b. United States mail, postage fully prepaid, addressed as follows: (List persons and addresses. Attach additional paper if necessary.)

Certified Mail:

BAC HOME LOANS SERVICING, LP
Attn Home Retention Division
100 Beecham Drive, Suite 105
Pittsburgh, PA 15205

Regular Mail:

Max & Helen Vildosola
8070 Pavarotti Avenue
Las Vegas, NV 89178

    o    c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

    o    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

    o    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    o    d. By direct email (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    o    e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)

1 |       Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

2

3       o    f. By messenger (List persons and addresses. Attach additional paper if necessary) I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service,).

4

5

6 I declare under penalty of perjury that the foregoing is true and correct.

7 Signed on January 6, 2010

8

9 *Renita Perez* (signature)
Renita Perez

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28