**Entered on Docket
March 10, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
PH: (702) 384-4111
FX: (702) 384-8222
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| | Case NO.: 09-19480-LBR |
| **MAX VILDOSOLA and** | |
| **HELEN VILDOSOLA,** | |
| | |
| Debtors. | Hearing Date: 2/18/2010 |
| | Hearing Time: 2:30 P.M. |

### ORDER GRANTING DEBTOR'S MOTION FOR COURT APPROVAL ON LOAN MODIFICATION

The Motion of Debtors, MAX VILDOSOLA and HELEN VILDOSOLA, for Court approval on a loan modification on their real property, having come before this Court regularly for hearing on the 18TH day of February, 2010, at 2:30 p.m., and with STEPHEN MANNING, ESQ. of AARON AND PATERNOSTER LTD., appearing for Debtors and, pursuant to notice duly given, no opposition being filed by the Trustee or by creditors and the Court having heard the representations of counsel, and having reviewed the moving papers on file herein, and good cause appearing therefore,

///

///

///

The Court finds as follows:

1. That Debtors' motion for Court approval on the loan modification on their residence located at 8403 Adams Valley Street, Las Vegas, Nevada 89123 is granted.

Dated: March 2, 2010.

        AARON & PATERNOSTER, LTD.

        By: /s/ MATTHEW AARON
            MATTHEW E. AARON, ESQ.
            Nevada Bar #004900
            2300 W. Sahara #650, Box 30
            Las Vegas, NV  89102
            Attorney for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR9021.

__X__ This is a Chapter 13 case, and with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the Order, or failed to respond, as indicated below [list each party and whether the party approved, disapproved, or failed to respond to the document]:

_____ I certify that I have served a copy of this order with the motion and no parties appeared or filed written objections.

Approved/Disapproved/Failed to Respond

By: _Failed to Respond_
Rick Yarnall, Trustee